# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Pastor Clarence Dudley, et al | Civil Action No. 05-1655 |
| versus | Judge Tucker L. Melançon |
| Kathleen Petersen, et al | Magistrate Judge C. Michael Hill |

## ORDER

This matter, filed this date, has been reassigned to the undersigned United States District Judge. Petitioners appear pro se. As part of the relief requested, Petitioners have filed a "Petition For Emergency Restraining Order" requesting that a temporary restraining order issue "restraining, enjoining and prohibiting any person acting or claiming to act on Defendant [sic] behalf." Petitioners have further requested that this Court set a hearing so that Doug Moreau, who Petitioners allege is the 19th Judicial District Court District Attorney, Kathleen Petersen, alleged to be an Assistant Attorney General, "Fred Duhe, 19th JDC indigent defender board"[1] show cause why a preliminary injunction in the form and substance of the requested temporary restraining order should not be issued by this Court.

In the Fifth Circuit, a temporary restraining order is available only where the mover shows: (1) a substantial likelihood of success on the merits; (2) a substantial

---

[1] Order attached to Petion For Emergency Restraining Order.

threat that failure to grant the injunction will result in irreparable injury; (3) that the threatened injury outweighs any damage that the injunction may cause the opposing party; and (4) that the injunction will not disserve the public interest. *Fed. R. Civ. Pro. 65; Allied Marketing Group, Inc. v. DCL Marketing, Inc.*, 878 F.2d 806 (5th Cir.1989). Limiting the Court's review to the Plaintiffs' Petition For Emergency Restraining Order and the Petition for Unlawful Search, Seizure of Property, Arrest, Incarceration, Racial Discrimination With Request For Injunction, Plaintiffs are clearly not entitled to have a temporary restraining order issue under the applicable law.

IT IS THEREFORE ORDERED that Plaintiffs' Petition For Emergency Restraining Order [Rec. Doc. 4] is DENIED.

IT IS FURTHER ORDERED that on receipt of proof of proper service upon defendants whom Plaintiffs seek to enjoin, the Court will forthwith set a hearing to consider Plaintiffs request for preliminary injunction.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 28th day of October, 2005 at 4:30 p.m.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE