RECEIVED
MAR 1 4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4/3/06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| CLARENCE DUDLEY AND JACKLIN GERAC-DUDLEY | * | CIVIL ACTION NO. 05-1655 |
| VERSUS | * | JUDGE MELANÇON |
| KATHLEEN PETERSON, ET AL | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

**IT IS ORDERED** that the Motion to Dismiss filed by Kathleen Peterson (rec. doc. 24) is **GRANTED,** and all federal claims, as well as the state tort law claims for kidnapping and false incarceration, be **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** the state law claim for malicious prosecution against defendant is **DISMISSED WITHOUT PREJUDICE.**

Lafayette, Louisiana, this 3rd day of April, 2006.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE