UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

Clarence Dudley, et al.              Civil Action No. 05-1655

versus                                Judge Tucker L. Melançon

Kathleen Peterson, et al.             Magistrate Judge C. Michael Hill

**JUDGMENT**

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

**IT IS ORDERED** that the Motion to Dismiss Complaint for Failure to Comply with Federal Rules of Civil Procedure and with Local Rules and Orders filed by defendants, Teche Federal Bank and Patrick Little (Rec. Doc. 53), and the Motion to Dismiss Complaint for Failure to Comply with FRCP, Local Rules and Scheduling Order filed by defendant, Sid Hebert (Rec. Doc. 57), are **GRANTED**, and all claims against the remaining defendants are **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** this 2ND day of November, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE